UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KARINA HERNANDEZ,

         Plaintiff,    **ORDER**
                 2:19-CV-840 (WFK) (LB)

  v.

TEXTURE PLUS *et al.*,

         Defendant.
----------------------------------------------------------- X

**WILLIAM F. KUNTZ, II, United States District Judge:**

On July 23, 2019, Magistrate Judge Lois Bloom filed a *sua sponte* Report and Recommendation recommending dismissal of the above-captioned action without prejudice because Plaintiff has failed to respond to the Court's Orders and has failed to serve properly the defendants in this action. *See* ECF No. 8. The parties have not filed any objections. The Court accordingly ADOPTS Magistrate Judge Bloom's Report and Recommendation and hereby DISMISSES this action. The Clerk of Court is directed to close this case.

              **SO ORDERED.**

              HON. WILLIAM F. KUNTZ, II
              United States District Judge

Dated: Brooklyn, New York
    August 12, 2019